Daniel T. Shvodian (SBN 184576)
James C. Pistorino (SBN 226496)
Ryan J. Moran (SBN 244447)
HOWREY LLP
1950 University Avenue, 4th Floor
East Palo Alto, CA 94303
Telephone: (650) 798-3500
Facsimile: (650) 798-3600
Email: *shvodiand@howrey.com*
Email: *pistorinoj@howrey.com*
Email: *moranr@howrey.com*

Attorneys for Plaintiff Techsavies, LLC

ORIGINAL FILED
2010 MAR 23 P 3:02
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BZ

| | |
|---|---|
| Techsavies, LLC, | Case No. CV 10 1213 |
| Plaintiff, | **COMPLAINT** |
| vs. | **JURY TRIAL DEMANDED** |
| WDFA Marketing, Inc., | Date:<br>Time: |
| Defendant. | Dept:<br>Judge: |

Plaintiff Techsavies, LLC ("Techsavies"), for its complaint, alleges as follows:

**THE PARTIES**

1. Plaintiff Techsavies is a California limited liability company with its principal place of business at 1040 Larkin Street, San Francisco, California 94109. Plaintiff is in the business of supplying information technology services to businesses.

2. Defendant WDFA Marketing, Inc. ("WDFA") is a California corporation with its principal place of business at 535 Pacific Avenue, Fourth Floor, San Francisco, California 94133. Defendant is a marketing and advertising agency.

**JURISDICTION**

3. This Court has subject matter jurisdiction over the copyright cause of action pursuant to 28 U.S.C. §§ 1331 and 1338.

4. This Court has subject matter jurisdiction over the state law claims pursuant to 28 U.S.C. § 1367(a).

5. Personal jurisdiction exists over Defendant WDFA because it resides in and has its principal place of business in this District.

6. Venue is proper in this District pursuant to 28 U.S.C. §§ 1391(b) and 1400(a) because Plaintiff's claims arose in this District, a substantial portion of the events giving rise to these claims occurred in this District, and because Defendant WDFA resides in and has its principal place of business in this District.

**BACKGROUND**

7. On or about October, 2006, Raj Prasad, the Managing Partner of WDFA contacted Bob Conner and Marouan Hajjoubi, Managing Partners of Techsavies, requesting their services to build a software solution for a new website.

8. Mr. Prasad informed Techsavies that WDFA did not have enough money to pay Techsavies for the creation and licensing of this software.

9. Instead, Mr. Prasad offered to form a partnership with Techsavies. In exchange for designing and creating the software, WDFA offered Techsavies 40 percent of the gross revenues that WDFA generated from the software.

10. Messrs. Conner and Hajjoubi agreed to this partnership.

11. Relying upon this agreement, Techsavies worked diligently in designing and creating the requested software which they called the "Collateralizer."

12. Techsavies was assisted with the website design by a company called ACE Website Design ("ACE").

13. Mr. Hajjoubi subsequently registered the domain name www.project632.com ("the project632 website") to host the Collateralizer software.

14. On information and belief, WDFA has generated well over $5 million in gross revenues from the project632 website that was running the Collateralzier software as of the filing date of this complaint.

15. WDFA, however, has not shared any of the gross revenues with Techsavies per the agreement.

16. On November 23, 2009, WDFA took control of the project632 website and unilaterally cut off its relationship with Techsavies.

17. The project632 website continues to operate with a software solution that was derived from the Collateralizer software.

18. Techsavies subsequently informed WDFA that the software they were running on the project632 website was infringing Techsavies's copyright in the Collateralizer software.

**ASSIGNMENT OF RIGHTS**

19. At all times, Techsavies and ACE were independent contractors and were never employees of WDFA.

20. Techsavies and ACE developed and wrote all of the code for the Collateralizer software.

21. The Collateralizer software is an original work that may be copyrighted under United States law.

22. All rights to the intellectual property of the Collateralizer software, including without limitations the copyright, belonged to Techsavies and ACE.

23. On November 10, 2008, ACE assigned all of its rights to the underlying intellectual property of the Collateralizer software to Techsavies.

24. Techsavies is therefore the sole owner of all intellectual property rights to the Collateralizer software.

25. Between February 22, 2010 and March 15, 2010, Techsavies applied to the Copyright Office and received certificates of registration dated February 24, 2010 and identified as TX 7-079-929 and TX 7-079-942.

**COUNT 1**

**Copyright Infringement**

26. Techsavies repeats and realleges the allegations of paragraphs 1 through 25 above as if fully set forth herein.

27. Since October 2008, Techsavies has either published or licensed for publication all copies of the Collateralizer software covered by copyright registration certificate TX 7-079-929 in compliance with the copyright laws.

28. Since June 2009, Techsavies has either published or licensed for publication all copies of the Collateralizer software covered by copyright registration certificate TX 7-079-942 in compliance with the copyright laws.

29. Prior to November 23, 2009, WDFA had been creating a derivative work copied from Techsavies's copyrighted Collateralizer software.

30. Since at least November 23, 2009, WDFA has been infringing Techsavies's copyright by publishing and/or distributing unauthorized copies of the login and administrative screens on the project632 website that were copied largely from the Collateralizer software.

31. A copy of the copyrighted code for the login screen that was registered as TX 7-079-929 at the Copyright Office is attached hereto as Exhibit A.

32. A copy of the copyrighted code for the login screen that was registered as TX 7-079-942 at the Copyright Office is attached hereto as Exhibit B.

33. A copy of the copyrighted code for the administration screen that was registered as TX 7-079-929 at the Copyright Office is attached hereto as Exhibit C.

34. A copy of the copyrighted code for the administration screen that was registered as TX 7-079-942 at the Copyright Office is attached hereto as Exhibit D.

35. A copy of the code for the administration screen from the project632 website dated February 10, 2010 is attached hereto as Exhibit E.

36. A copy of the code for the login screen from the project632 website dated February 10, 2010 is attached hereto as Exhibit F.

37. On information and belief, the other screens and related source code hosted on the project632 website also infringe Techsavies's copyrights on the Collateralizer software.

38. While Techsavies has notified WDFA in writing that it is infringing Techsavies's copyright, WDFA has not ceased their acts of infringement.

39. By reason of WDFA's continued infringement, Techsavies has sustained and will continue to sustain substantial injury, loss and damage to its ownership rights in the copyrighted work. Techsavies is entitled to recover those damages from WDFA.

40. Further irreparable harm is imminent as a result of WDFA's conduct, and Techsavies is without an adequate remedy at law. Techsavies is entitled to an injunction restraining WDFA, its officers, directors, agents, employees, representatives, and all persons acting in concert with it from engaging in further acts of copyright infringement.

**COUNT 2**

**Dissolution of Partnership and an Accounting (Cal. Corp. Code §§ 16405 & 16801)**

41. Techsavies repeats and realleges the allegations of paragraphs 1 through 40 above as if fully set forth herein.

42. On or about October 2006, Techsavies and WDFA entered into an oral partnership agreement at San Francisco, San Francisco County, California, for the purpose of carrying on the business of software design and marketing services. The partnership has conducted the aforementioned business from that time.

43. Techsavies has performed all conditions, covenants, and promises required to be performed by him/her in accordance with the terms and conditions of the contract.

44. WDFA has breached the partnership agreement by cutting off all relationships with Techsavies and refusing to pay Techsavies the money owed to it under the agreement.

45. Techsavies is entitled to dissolution of the partnership by court decree, pursuant to Subdivisions B and C of California Corporations Code Section 16801(5), in that WDFA has engaged in conduct relating to partnership business that makes it not reasonably practicable to carry on the business in the partnership.

46. The amount of partnership assets and liabilities is unknown to Techsavies and cannot be ascertained without an accounting of profits and losses that occurred during the operation of the partnership business.

47. The partnership agreement provides that the gross revenues of the partnership are to be divided between Techsavies and WDFA with 40 percent of the gross revenues to Techsavies and 60 percent to WDFA.

48. WDFA has failed and refused to settle accounts and divide partnership assets and liabilities with Techsavies.

**COUNT 3**

**Unfair and Unlawful Business Practices (Cal. Bus. & Prof. Code § 17200, et seq.)**

49. Techsavies repeats and realleges the allegations of paragraphs 1 through 48 above as if fully set forth herein.

50. WDFA has violated California Business and Professions Code § 17200, et seq., by engaging in unfair, unlawful, and deceptive practices by inducing Plaintiff to create the Collateralizer software by agreeing to pay a percentage of the gross revenues generated by said software and then failing to honor said agreement after making commercial use of the Collateralizer software.

51. Furthermore, WDFA deceptively took the Collateralizer source code and used it as a basis to create its own derivative software without compensating Techsavies.

52. As a direct consequence of WDFA's actions, Techsavies was harmed. WDFA is liable to Techsavies because of these deceptive practices.

**COUNT 4**

**Breach of Contract**

53. Techsavies repeats and realleges the allegations of paragraphs 1 through 52 above as if fully set forth herein.

54. WDFA agreed to pay Techsavies 40 percent of the gross revenues generated from the Collateralizer software in exchange for Techsavies developing, writing, and implementing the Collateralizer software.

55. Techsavies performed its side of the agreement by creating, implementing, and maintaining the Collateralizer software on the project632 website.

56. In 2009, WDFA breached the agreement by cutting off its relationship with Techsavies without paying the agreed upon consideration.

57. Plaintiff is entitled to the agreed upon compensation for WDFA's use of the Collateralizer software and any derivatives thereof.

**COUNT 5**

**Promissory Estoppel**

58. Techsavies repeats and realleges the allegations of paragraphs 1 through 57 above as if fully set forth herein.

59. WDFA represented to Techsavies that WDFA would pay 40 percent of the gross revenues generated from the Collateralizer software in exchange for Techsavies developing, writing, and implementing the Collateralizer software.

60. In so representing, WDFA knew or should have known that Plaintiff would be reasonably induced to rely on WDFA's representation.

61. WDFA reasonably relied on Plaintiff's representation and developed, wrote, and implemented the Collateralizer software.

62. WDFA has used the Collateralizer software on the project632 website and has generated revenue from its use.

63. In 2009, WDFA unilaterally cut off all relationships with Techsavies without paying Techsavies 40 percent of the gross revenues generated from the Collateralizer software.

64. As such, WDFA has failed to perform according to the representations made to Techsavies.

65. Techsavies has been damaged due to its reasonable reliance on WDFA's representations. Injustice can only be avoided by enforcing WDFA's representations completely.

**COUNT 6**

**Unjust Enrichment**

66.     Techsavies repeats and realleges the allegations of paragraphs 1 through 65 above as if fully set forth herein.

67.     As a direct result of the acts alleged, WDFA has been unjustly enriched by the creation and use of Techsavies's proprietary software.

68.     WDFA has also been unjustly enriched by causing Techsavies to create the Collateralizer software, and then using the Collateralizer software's source code as a basis for WDFA's own software.

69.     Techsavies spent hundreds of hours designing and implementing the Collateralizer software.

70.     WDFA was unjustly enriched by stealing the conceptualization and design and using it as a basis for their own software.

**PRAYER FOR RELIEF**

WHEREFORE, plaintiff Techsavies prays for judgment and seeks relief against Defendant WDFA as follows:

A.     For a judgment that WDFA has infringed, and continues to infringe, Techsavies's copyright in the Collateralizer software;

B.     For an injunction against WDFA, its officers, agents, servants, employees, all parent and subsidiary companies, all assignees and successors in interest, and those persons in active concert or participation with WDFA, including WDFA's customers, enjoining them from manufacturing, reproducing, distributing, adapting, displaying, advertising, promoting, offering for sale, and or selling, or performing any materials that are substantially similar to the copyrighted work, and to deliver to the Court for destruction or other reasonable disposition all such materials and means for producing same in WDFA's possession or control;

C.     For an injunction against WDFA to prevent further acts of unfair, unlawful and deceptive business practices;

D. For actual damages and profits in an amount to be determined at trial (but no less than the statutory minimum), including pre-judgment and post-judgment interest, for WDFA's infringement of Techsavies's copyright;

E. For an order that the partnership be dissolved;

F. For an accounting of partnership affairs from October 2006 to November 2009, that the account be settled between Techsavies and WDFA, and that Techsavies have judgment against WDFA for whatever sums may be found due and owing to Techsavies under the accounting;

G. For damages amounting to 40 percent of the gross revenues generated by the Collateralizer software, as well as pre-judgment and post-judgment interest;

H. For WDFA to account for and pay as damages all profits and advantages gained from its unfair trade practices and unfair competition;

I. For compensatory damages, including pre-judgment and post-judgment interest, according to proof at the time of trial;

J. For restitution;

K. For an award of attorneys' fees, costs, and expenses; and

L. For such other and further relief that this Court deems just and proper.

Dated: March 23, 2010

HOWREY LLP

By [signature]

Daniel T. Shvodian
James C. Pistorino (SBN 226496)
Ryan J. Moran (SBN 244447)
HOWREY LLP
1950 University Avenue, 4th Floor
East Palo Alto, CA 94303
Telephone: (650) 798-3500
Facsimile: (650) 798-3600
Email: *shvodiand@howrey.com*
Email: *pistorinoj@howrey.com*
Email: *moranr@howrey.com*

Attorneys for Plaintiff Techsavies, LLC

REY LLP

**JURY DEMAND**

Pursuant to Rule 38(a) of the Federal Rules of Civil Procedure, Plaintiff demands a jury trial of all issues triable by jury.

Dated: March 23, 2010

HOWREY LLP

By [signature]
Daniel T. Shvodian

James C. Pistorino (SBN 226496)
Ryan J. Moran (SBN 244447)
HOWREY LLP
1950 University Avenue, 4th Floor
East Palo Alto, CA 94303
Telephone: (650) 798-3500
Facsimile: (650) 798-3600
Email: *shvodiand@howrey.com*
Email: *pistorinoj@howrey.com*
Email: *moranr@howrey.com*

Attorneys for Plaintiff Techsavies, LLC

# EXHIBIT A

**Techsavies, LLC v. WDFA Marketing, Inc.**

```
<?php
session_start();
require_once "includes/config.inc.php";
require_once "includes/function.inc.php";

?>
<!DOCTYPE HTML PUBLIC "-//W3C//DTD HTML 4.01 Transitional//EN"
"http://www.w3.org/TR/html4/loose.dtd">
<html>
<head>
<meta http-equiv="Content-Type" content="text/html; charset=iso-8859-1">
<title>.::MPCS  - Main Login Page::.</title>
<meta name="Keywords" content="wdfamarketing.com, WDFA Marketing is about successful
campaigns, meeting deadlines, treating people well and working hard. We enjoy what
we do and want everyone that comes in contact with us to feel the same way.">
<meta name="Description" content="wdfamarketing.com, WDFA Marketing is about
successful campaigns, meeting deadlines, treating people well and working hard. We
enjoy what we do and want everyone that comes in contact with us to feel the same
way.">
<meta name="Author" content="AceWebsiteDesign.Com - A Complete IT Web Outsourcing
Solutions Provider Company, IT Web Outsourcing Solutions, Custom Web Designer,
Ecommerce Website Designer, Custom Shopping Cart Designer, Custom Template Design,
Project Management Company, sales@acewebsitedesign.com, Call +1(858)-201-6435">
<meta name="language" content="English">
<meta name="charset" content="ISO-8859-1">
<meta name="resource-type" content="Document">
<meta name="distribution" content="Global">
<meta name="rating" content="General">
<meta name="Expires" content="Never">
<meta name="robots" content="index, all, follow">
<link rel="shortcut icon" href="images/preview_16x16.png"/>
<link href="css/styles.css" rel="stylesheet" type="text/css">
<script type="text/javascript" language="javascript"
src="css/ajaxticker.js"></script>
<script type="text/javascript" language="javascript"
src="css/formretain.js"></script>
<script type="text/javascript" language="javascript" src="css/protect.js"></script>
<script type="text/javascript" language="javascript" >
function validate_login()
{
        with(document.formlogin)
        {

                if(textemail.value=="")
                {
                        alert('Please enter your email.');
                        textemail.focus();
                        return false;
                }
                if(textemail.value!="")
                        {
                        re=/\w{1,}/;

                        emailExp=
/^\w+(\-\w+)*(\.\w+(\-\w+)*)*@\w+(\-\w+)*(\.\w+(\-\w+)*)+$/ ;

                        if(!(emailExp.test(textemail.value)))
                                {
                                alert("Invalid Email.\n Enter a valid Email Id.");
                                textemail.focus();
                        return false;
                                }

                        }
                if(textpsw.value=='')
```

```
                {
                        alert('Please enter your password.');
                        textpsw.focus();
                        return false;
                }
                return true;
        }
}
</script>
</head>
<body>
<table width="800" border="0" align="center" cellpadding="0" cellspacing="0">
  <tr>
    <td width="12"><img src="images/Untitled-1_03.gif" width="12" height="8"
alt=""></td>
    <td width="758" valign="top"><img src="images/Untitled-1_04.gif" width="100%"
height="8"></td>
    <td width="15" valign="top"><img src="images/top_right_bg2.gif" width="15"
height="8" alt=""></td>
    <td width="15"><img src="images/Untitled-1_05.gif" width="14" height="8"
alt=""></td>
  </tr>
  <tr>
    <td rowspan="2" class="top_left_shadow"> </td>
    <td colspan="2" rowspan="2"><?php require_once "header.php";?></td>
    <td align="left" valign="top" class="right_bg"><img
src="images/top_right_bg3.gif" width="13" height="21" ></td>
  </tr>
  <tr>
    <td class="right_bg"> </td>
  </tr>
  <tr>
    <td height="5"><img src="images/Untitled-1_11.gif" width="12" height="5"></td>
    <td colspan="2" valign="topleft"><img src="images/bg_green.gif" width="100%"
height="5"></td>
    <td height="5"><img src="images/Untitled-1_13.gif" width="14" height="5"></td>
  </tr>
  <tr>
    <td class="left_bg"> </td>
    <td colspan="2" valign="top"><table width="100%" border="0" cellspacing="0"
cellpadding="0">
      <tr>
        <td bgcolor="#FFFFFF"><table width="98%" border="0" align="center"
cellpadding="0" cellspacing="0">
          <tr>
            <td colspan="2" class="style1"> </td>
          </tr>
          <tr>
            <td colspan="2" class="style1"><strong>Member Login  </strong></td>
          </tr>
          <tr>
            <td colspan="2" valign="middle" class="paratext"><p> </p>
              <p>Please login here using your email address and password sent by
<strong>WDFA Marketing.</strong></p>
              <p> </p></td>
            </tr>
                        <?php
                  if($_SESSION['sess_msg']!='')
                  {
                          ?>
          <tr>
            <td width="50%" align="center" bgcolor="#FFFFFF" class="notice"><?php
display_session_msg(); ?></td>
          </tr>
```

```
        <?php
                }?>
        <tr>
          <td colspan="2" valign="middle" class="paratext">

            <table width="100%" border="0" cellpadding="3" cellspacing="1"
class="border1">
              <tr>
                <td height="20" colspan="2" class="sub-heading"><div
align="center">Member Login </div></td>
              </tr>
                              <form name="formlogin" method="post"
action="https://www.project632.com/login_action.php" >
                              <input type="hidden" name="save" value="1">
                              <input type="hidden" name="back" value="">
              <tr>
                <td width="38%" class="bggray"><div align="right">Email :
</div></td>
                <td width="62%" class="bggray"><input type="text" name="textemail"
 value=""/></td>
              </tr>
              <tr>
                <td class="bggray"><div align="right"> Password : </div></td>
                <td class="bggray"><input type="password" name="textpsw"
value=""/>                </td>
              </tr>
              <tr>
                <td class="bggray"> </td>
                <td class="bggray"><input type="submit" name="submit"
value="Submit" onclick="return validate_login();"></td>
              </tr>
                              </form>
              </table>
            </td>
        </tr>
        <tr>
          <td colspan="2" valign="middle" class="paratext"> </td>
        </tr>
        <tr>
          <td colspan="2" valign="middle" class="paratext"><table width="100%"
border="0" align="right" cellpadding="3" cellspacing="1" class="border1">
            <form method="post"
action="https://www.project632.com/login_action.php" name="frmpass">
              <input type="hidden" name="save" value="2">
              <tr>
                <td height="20" colspan="2" class="sub-heading"><div
align="center">Forgot your password ? <br>
                  Please enter your email and we will send you your
password.</div></td>
              </tr>
              <tr>
                <td width="38%" class="bggray"><div align="right">Email :
</div></td>
                <td width="62%" class="bggray"><input type="text"
name="txtmail_id"  ></td>
              </tr>
              <tr>
                <td class="bggray"> </td>
                <td class="bggray"><input type="submit" name="submit11"
value="Submit" />
                    <input type="reset" name="Submit22" value="Reset" /></td>
              </tr>
            </form>
```

```
      </table></td>
        </tr>
    </table></td>
  </tr>
  <tr>
    <td bgcolor="#FFFFFF"> </td>
  </tr>
  <tr>
    <td bgcolor="#FFFFFF"><?php require_once "includes/footer.inc.php";?></td>
  </tr>
</table>        </td>
    <td height="19" class="right_bg"> </td>
  </tr>
  <tr>
    <td> </td>
    <td valign="top" bgcolor="#FFFFFF"><img src="images/curve_left_bot.gif"
width="23" height="24"></td>
    <td valign="top" bgcolor="#FFFFFF"> </td>
    <td height="19" class="right_bg"> </td>
  </tr>
  <tr>
    <td> </td>
    <td colspan="2" valign="top"><img src="images/bg_bot.gif" width="100%"
height="12"></td>
    <td height="19" valign="top"><img src="images/bg_bot_right_corner.gif"
width="13" height="12"></td>
  </tr>
  <tr>
    <td> </td>
    <td colspan="2" valign="top"><?php require_once
"includes/bottom.inc.php";?></td>
    <td height="19" valign="top"> </td>
  </tr>
</table>

<map name="Map" id="Map">
  <area shape="rect" coords="2,2,149,87" href="index.php" alt="Back to home page -
WDFA Marketing.Com">
</map></body>
</html>
```

# EXHIBIT B

**Techsavies, LLC v. WDFA Marketing, Inc.**

```
<?php
session_start();
require_once "includes/config.inc.php";
require_once "includes/function.inc.php";

?>
<!DOCTYPE HTML PUBLIC "-//W3C//DTD HTML 4.01 Transitional//EN"
"http://www.w3.org/TR/html4/loose.dtd">
<html>
<head>
<meta http-equiv="Content-Type" content="text/html; charset=iso-8859-1">
<title>.::MPCS  - Main Login Page::.</title>
<meta name="Keywords" content="wdfamarketing.com, WDFA Marketing is about successful
campaigns, meeting deadlines, treating people well and working hard. We enjoy what
we do and want everyone that comes in contact with us to feel the same way.">
<meta name="Description" content="wdfamarketing.com, WDFA Marketing is about
successful campaigns, meeting deadlines, treating people well and working hard. We
enjoy what we do and want everyone that comes in contact with us to feel the same
way.">
<meta name="Author" content="AceWebsiteDesign.Com - A Complete IT Web Outsourcing
Solutions Provider Company, IT Web Outsourcing Solutions, Custom Web Designer,
Ecommerce Website Designer, Custom Shopping Cart Designer, Custom Template Design,
Project Management Company, sales@acewebsitedesign.com, Call +1(858)-201-6435">
<meta name="language" content="English">
<meta name="charset" content="ISO-8859-1">
<meta name="resource-type" content="Document">
<meta name="distribution" content="Global">
<meta name="rating" content="General">
<meta name="Expires" content="Never">
<meta name="robots" content="index, all, follow">
<link rel="shortcut icon" href="images/preview_16x16.png"/>
<link href="css/styles.css" rel="stylesheet" type="text/css">
<script type="text/javascript" language="javascript"
src="css/ajaxticker.js"></script>
<script type="text/javascript" language="javascript"
src="css/formretain.js"></script>
<script type="text/javascript" language="javascript" src="css/protect.js"></script>
<script type="text/javascript" language="javascript" >
function validate_login()
{
        with(document.formlogin)
        {
                if(market_id.value=="")
                {
                        alert("Please select your market.");
                        market.focus();
                        return false;
                }
                if(textemail.value=="")
                {
                        alert('Please enter your email.');
                        textemail.focus();
                        return false;
                }
                if(textemail.value!="")
                        {
                        re=/\w{1,}/;

                        emailExp=
/^\w+(\-\w+)*(\.\w+(\-\w+)*)*@\w+(\-\w+)*(\.\w+(\-\w+)*)+$/ ;

                        if(!(emailExp.test(textemail.value)))
                                {
                                alert("Invalid Email.\n Enter a valid Email Id.");
```

```
                        textemail.focus();
                return false;
                        }
                }
        if(textpsw.value=='')
        {
                alert('Please enter your password.');
                textpsw.focus();
                return false;
        }
        return true;
    }
}
</script>
</head>
<body>
<table width="800" border="0" align="center" cellpadding="0" cellspacing="0">
  <tr>
    <td width="12"><img src="images/Untitled-1_03.gif" width="12" height="8"
alt=""></td>
    <td width="758" valign="top"><img src="images/Untitled-1_04.gif" width="100%"
height="8"></td>
    <td width="15" valign="top"><img src="images/top_right_bg2.gif" width="15"
height="8" alt=""></td>
    <td width="15"><img src="images/Untitled-1_05.gif" width="14" height="8"
alt=""></td>
  </tr>
  <tr>
    <td rowspan="2" class="top_left_shadow"> </td>
    <td colspan="2" rowspan="2"><?php require_once "header.php";?></td>
    <td align="left" valign="top" class="right_bg"><img
src="images/top_right_bg3.gif" width="13" height="21" ></td>
  </tr>
  <tr>
    <td class="right_bg"> </td>
  </tr>
  <tr>
    <td height="5"><img src="images/Untitled-1_11.gif" width="12" height="5"></td>
    <td colspan="2" valign="topleft"><img src="images/bg_green.gif" width="100%"
height="5"></td>
    <td height="5"><img src="images/Untitled-1_13.gif" width="14" height="5"></td>
  </tr>
  <tr>
    <td class="left_bg"> </td>
    <td colspan="2" valign="top"><table width="100%" border="0" cellspacing="0"
cellpadding="0">
      <tr>
        <td bgcolor="#FFFFFF"><table width="98%" border="0" align="center"
cellpadding="0" cellspacing="0">
          <tr>
            <td colspan="2" class="style1"> </td>
          </tr>
          <tr>
            <td colspan="2" class="style1" align="center"><strong>MetroPCS
Authorized Dealer Marketing Support</strong></td>
          </tr>
          <tr>
            <td colspan="2" valign="middle" class="paratext"> </td>
            </tr>
                        <?php
                if($_SESSION['sess_msg']!='')
                {
                        ?>
          <tr>
```

```
            <td width="50%" align="center" bgcolor="#FFFFFF" class="notice"><?php
display_session_msg(); ?></td>
          </tr>
          <?php
                }?>
          <tr>
            <td colspan="2" valign="middle" class="paratext">

              <table width="100%" border="0" cellpadding="3" cellspacing="1"
class="border1">
                <tr>
                  <td height="20" colspan="2" class="sub-heading"><div
align="center">Login below to go to the MetroPCS Authorized Dealer Marketing Support
website.</div></td>
                </tr>
                                <form name="formlogin" method="post"
action="login_action.php" >
                                <input type="hidden" name="save" value="1">
                                <input type="hidden" name="back" value="">
                <!--<tr>
                  <td width="38%" class="bggray"><div align="right">Select Market :
</div></td>
                  <td width="62%" class="bggray"><?php
print(market_combo("market_id", $market_id, $extra =
'',$chooseOne='',"memorize"));?></td>
                </tr>-->
                <tr>
                  <td width="38%" class="bggray"><div align="right">Email :
</div></td>
                  <td width="62%" class="bggray"><input type="text" name="textemail"
 value=""/></td>
                </tr>
                <tr>
                  <td class="bggray"><div align="right"> Password : </div></td>
                  <td class="bggray"><input type="password" name="textpsw"
value=""/>                    </td>
                </tr>
                <tr>
                  <td class="bggray"> </td>
                  <td class="bggray"><input type="submit" name="submit"
value="Submit" onclick="return validate_login();"><!--<input type="image"
src="images/submit.gif" value="login" name="submit" alt="Submit" width="60"
height="22" border="0" onclick="return validate_login();">--></td>
                </tr>
                                </form>
                <tr>
                  <td class="bggray"> </td>
                  <td class="bggray">New Members sign up <a href="new_user.php"
class="live-links">here! </a></td>
                </tr>
                </table>            </td>
          </tr>
          <tr>
            <td colspan="2" valign="middle" class="paratext"> </td>
          </tr>
          <tr>
            <td colspan="2" valign="middle" class="paratext"><table width="100%"
border="0" align="right" cellpadding="3" cellspacing="1" class="border1">
              <form method="post" action="login_action.php" name="frmpass">
                <input type="hidden" name="save" value="2">
                <tr>
                  <td height="20" colspan="2" class="sub-heading"><div
align="center">Forgot your password? <br>
```

```
                              Please enter your email and we will send you your
password.</div></td>
                      </tr>
                      <tr>
                        <td width="38%" class="bggray"><div align="right">Email :
</div></td>
                        <td width="62%" class="bggray"><input type="text"
name="txtmail_id"  ></td>
                      </tr>
                      <tr>
                        <td class="bggray"> </td>
                        <td class="bggray"><input type="submit" name="submit11"
value="Submit" />
                            <input type="reset" name="Submit22" value="Reset" /></td>
                      </tr>
                    </form>
                  </table></td>
                  </tr>
              </table></td>
            </tr>
            <tr>
              <td bgcolor="#FFFFFF"> </td>
            </tr>
            <tr>
              <td bgcolor="#FFFFFF"><?php require_once "includes/footer.inc.php";?></td>
            </tr>
          </table>      </td>
          <td height="19" class="right_bg"> </td>
        </tr>
        <tr>
          <td> </td>
          <td valign="top" bgcolor="#FFFFFF"><img src="images/curve_left_bot.gif"
width="23" height="24"></td>
          <td valign="top" bgcolor="#FFFFFF"> </td>
          <td height="19" class="right_bg"> </td>
        </tr>
        <tr>
          <td> </td>
          <td colspan="2" valign="top"><img src="images/bg_bot.gif" width="100%"
height="12"></td>
          <td height="19" valign="top"><img src="images/bg_bot_right_corner.gif"
width="13" height="12"></td>
        </tr>
        <tr>
          <td> </td>
          <td colspan="2" valign="top"><?php require_once
"includes/bottom.inc.php";?></td>
          <td height="19" valign="top"> </td>
        </tr>
      </table>

      <map name="Map" id="Map">
        <area shape="rect" coords="2,2,149,87" href="index.php" alt="Back to home page -
WDFA Marketing.com">
      </map></body>
      </html>
```

# EXHIBIT C

**Techsavies, LLC v. WDFA Marketing, Inc.**

```
<?php
session_start();
require_once "includes/config.inc.php";
require_once "includes/functions.inc.php";
?>
<html>
<head>
<title><?php echo $ADMIN_TITLE?></title>
<meta http-equiv="Content-Type" content="text/html; charset=iso-8859-1">
<link href="css/css.css" rel="stylesheet" type="text/css">
<script type="text/javascript" language="javascript">
 function disablemrkt()
 {
        document.form1.market.disabled=true;
 }
 function enablemrkt()
 {
        document.form1.market.disabled=false;
 }
</script>
</head>

<body class="body">
<table width="100%"  border="0" cellspacing="0" cellpadding="0">
  <tr>
    <td width="27%"><?php require_once"header.inc.php"?></td>
  </tr>
  <tr>
    <td height="60" colspan="2"> </td>
  </tr>
  <tr align="center">
    <td colspan="2"><table width="450"  border="0" cellspacing="0" cellpadding="0">
      <tr>
        <td width="367" align="left"><img src="images/secure_login.gif" alt="Main
Administrator Login" width="212" height="42"></td>
        </tr>
      <tr>
        <td valign="top"> </td>
      </tr>
      <tr>
        <td><table width="100%"  border="0" cellpadding="15" cellspacing="1"
bgcolor="#CFCFCF">
          <tr>
            <td bgcolor="#F5F5F5"><table width="100%"  border="0" cellspacing="0"
cellpadding="0">
              <tr>
                <td width="9%" align="left"><img src="images/login_icon.gif"
width="32" height="32"></td>
                <td width="91%" align="left" valign="top" class="blue_txt">
                <font face="Verdana, Arial, Helvetica, sans-serif"><strong>Welcome
to <?php echo $SITE_TITLE;?> Administration Suite!</strong></font></td>
              </tr>
              <tr>
                <td align="left"> </td>
                <td align="center" valign="top" class="blue_txt">
                <span class="sess_msg_red"><?php echo $_SESSION['sess_msg'];
session_unregister('sess_msg'); $sess_msg='';?></span></td>
              </tr>
              <tr>
                <td align="left"> </td>
                <td align="left" valign="top" class="blue_txt"> </td>
              </tr>
              <tr>
                <td colspan="2" align="left"><table width="100%"  border="0"
```

```
cellspacing="0" cellpadding="0">
                  <tr>
                    <td width="44%" valign="top" class="gray_txt"><p>Please enter a 
valid username and password to gain access to the administration console.</p>
                      <p> </p></td>
                    <td width="56%" align="right" valign="top"><table width="85%" 
border="0" cellpadding="7" cellspacing="1" bgcolor="#CFCFCF">
                      <tr>
                        <td bgcolor="#EFEFEF"><form name="form1" method="post" 
action="login.php">
                          <table width="100%"  border="0" cellspacing="0" 
cellpadding="1">
                                                    <tr>
                                                      <td bgcolor="#EFEFEF">
                                                            <input 
name="radiomarket" type="radio" value="one" onClick="return disablemrkt();" checked>
                                                             <strong> 
Admin</strong>
                                                             <input 
name="radiomarket" type="radio" value="two" onClick="return enablemrkt();">
                                                             <strong> Market 
Manager</strong>
                                                      </td>
                                                    </tr>
                                                    <tr><td 
bgcolor="#EFEFEF"> </td></tr>
                            <tr>
                              <td align="left" 
class="gray_txt"><strong>Market</strong></td>
                            </tr>
                            <tr>
                              <td align="left" class="main_txt">

                                        <select name='market' id='market' disabled>

                                        <option value=''>--Select Market--</option>

                                        <?php

                                        $sqlmrkt="select market_id, market_name from 
market where status='1'";

                                        $resultmrkt=executeQuery($sqlmrkt);

                                        if(mysql_num_rows($resultmrkt)>0)

                                        {

while($linemrkt=mysql_fetch_array($resultmrkt))

                                                { ?>

                                                        <option value="<?php echo 
$linemrkt['market_id']?>"><?php echo $linemrkt["market_name"]?></option><?php

                                                }

                                        }

                                        ?> </select>     </td>
```

```
                              </tr>
                              <tr>
                                <td align="left" class="gray_txt"><strong>Username /
Email ID </strong></td>
                              </tr>
                              <tr>
                                <td align="left"><input name="loginid" type="text"
class="main_txt" size="38">                                  </td>
                              </tr>
                              <tr>
                                <td align="left"
class="gray_txt"><strong>Password</strong></td>
                              </tr>
                              <tr>
                                <td align="left"><input name="password"
type="password" class="main_txt" size="38"></td>
                              </tr>
                              <tr>
                                <td height="4"></td>
                              </tr>
                              <tr>
                                <td align="right"><input name="back" type="hidden"
id="back" value="<?php echo $back;?>">
                                    <input name="imageField" type="image"
src="images/submit.gif" width="82" height="22" border="0"></td>
                              </tr>
                                                          <tr>
                                <td height="4"></td>
                              </tr>
                                                          <tr>
                                <td align="right">
                                                            <a href="javascript:
void(window.open('forgetpassword.php','mywin','left=20,top=20,width=600,height=450,t
oolbar=0,resizable=0,scrollbars=0'))" class="blue_txt" ><font face="Verdana, Arial,
Helvetica, sans-serif"><strong>Forgot Password</strong></font></a></td>
                              </tr>
                              <tr><td align=""> </td></tr>
                            </table>
                          </form></td>
                        </tr>
                      </table></td>
                    </tr>
                  </table></td>
                  </tr>
              </table></td>
            </tr>
          </table></td>
        </tr>
      </table>
      </td>
    </tr>
     <tr>
      <td height="50" colspan="2" align="center" class="gray_txt"><?php require_once
"footer.inc.php" ?> </td>
    </tr>
</table>
</body>
</html>
```

# EXHIBIT D

**Techsavies, LLC v. WDFA Marketing, Inc.**

```
<?php
session_start();
require_once "includes/config.inc.php";
require_once "includes/functions.inc.php";
//$back=$_GET['back'];

?>
<!DOCTYPE HTML PUBLIC "-//W3C//DTD HTML 4.01 Transitional//EN"
"http://www.w3.org/TR/html4/loose.dtd">
<html>
<head>
<title><?=$ADMIN_TITLE?></title>
<meta http-equiv="Content-Type" content="text/html; charset=iso-8859-1">
<link href="css/css.css" rel="stylesheet" type="text/css">
<script type="text/javascript" language="javascript">
 function disablemrkt()
 {
        document.form1.market.disabled=true;
 }
 function enablemrkt()
 {
        document.form1.market.disabled=false;
 }
</script>
</head>

<body topmargin="0" leftmargin="0" rightmargin="0">
<table width="100%"  border="0" cellspacing="0" cellpadding="0">
  <tr>
    <td width="27%"><?php require_once"header.inc.php"?></td>
  </tr>
  <tr>
    <td height="60" colspan="2"> </td>
  </tr>
  <tr align="center">
    <td colspan="2"><table width="450"  border="0" cellspacing="0" cellpadding="0">
      <tr>
        <td width="367" align="left"><img src="images/secure_login.gif" alt="Main
Administrator Login" width="212" height="42"></td>
        </tr>
      <tr>
        <td valign="top"> </td>
      </tr>
      <tr>
        <td><table width="100%"  border="0" cellpadding="15" cellspacing="1"
bgcolor="#CFCFCF">
          <tr>
            <td bgcolor="#F5F5F5"><table width="100%"  border="0" cellspacing="0"
cellpadding="0">
              <tr>
                <td width="9%" align="left"><img src="images/login_icon.gif"
width="32" height="32"></td>
                <td width="91%" align="left" valign="top" class="blue_txt"><font
face="Verdana, Arial, Helvetica, sans-serif"><strong>Welcome to <?echo
$SITE_TITLE;?> Administration Suite!</strong></font></td>
              </tr>
              <tr>
                <td align="left"> </td>
                <td align="center" valign="top" class="blue_txt"><span
class="sess_msg_red"><?echo $_SESSION['sess_msg']; session_unregister('sess_msg');
$sess_msg='';?></span></td>
              </tr>
              <tr>
                <td align="left"> </td>
```

```
            <td align="left" valign="top" class="blue_txt"> </td>
          </tr>
          <tr>
            <td colspan="2" align="left"><table width="100%"  border="0"
cellspacing="0" cellpadding="0">
              <tr>
                <td width="44%" valign="top" class="gray_txt"><p>Please enter a
valid username and password to gain access to the administration console.</p>
                  <p> </p></td>
                <td width="56%" align="right" valign="top"><table width="85%"
border="0" cellpadding="7" cellspacing="1" bgcolor="#CFCFCF">
                    <tr>
                      <td bgcolor="#EFEFEF"><form name="form1" method="post"
action="login.php">
                        <table width="100%"  border="0" cellspacing="0"
cellpadding="1">
                                                        <tr>
                                                          <td bgcolor="#EFEFEF">
                                                            <input
name="radiomarket" type="radio" value="one" onclick="return disablemrkt();" checked>
                                                             <strong>
Admin</strong>
                                                             <input
name="radiomarket" type="radio" value="two" onclick="return enablemrkt();">
                                                             <strong> Market
Manager</strong>
                                                          </td>
                                                        </tr>
                                                        <tr><td
bgcolor="#EFEFEF"> </td></tr>
                          <tr>
                            <td align="left"
class="gray_txt"><strong>Market</strong></td>
                          </tr>
                          <tr>
                            <td align="left" class="main_txt">

                                      <select name='market' id='market' disabled>

                                      <option value=''>--Select Market--</option>

                                      <?php

                                      $sqlmrkt="select market_id, market_name from
market where status='1'";

                                      $resultmrkt=executeQuery($sqlmrkt);

                                      if(mysql_num_rows($resultmrkt)>0)

                                      {

while($linemrkt=mysql_fetch_array($resultmrkt))

                                              { ?>

                                                      <option value="<?php echo
$linemrkt['market_id']?>"><?php echo $linemrkt["market_name"]?></option><?

                                              }

                                      }
```

```
                                  ?> </select>        </td>
                        </tr>
                        <tr>
                            <td align="left" class="gray_txt"><strong>Username /
Email ID </strong></td>
                        </tr>
                        <tr>
                            <td align="left"><input name="loginid" type="text"
class="main_txt" size="38">                              </td>
                        </tr>
                        <tr>
                            <td align="left"
class="gray_txt"><strong>Password</strong></td>
                        </tr>
                        <tr>
                            <td align="left"><input name="password"
type="password" class="main_txt" size="38"></td>
                        </tr>
                        <tr>
                            <td height="4"></td>
                        </tr>
                        <tr>
                            <td align="right"><input name="back" type="hidden"
id="back" value="<?php echo $back;?>">
                                    <input name="imageField" type="image"
src="images/submit.gif" width="82" height="22" border="0"></td>
                        </tr>
                                                            <tr>
                            <td height="4"></td>
                        </tr>
                                                            <tr>
                            <td align="right">
                                                    <a href="javascript:
void(window.open('forgetpassword.php','mywin','left=20,top=20,width=600,height=450,t
oolbar=0,resizable=0,scrollbars=0'))" class="blue_txt" ><font face="Verdana, Arial,
Helvetica, sans-serif"><strong>Forgot Password</strong></font></a></td>
                        </tr>
                        <tr><td align=""> </td></tr>
                    </table>
                  </form></td>
                </tr>
              </table></td>
            </tr>
          </table></td>
          </tr>
        </table></td>
      </tr>
    </table></td>
  </tr>
  </table>
  </td>
 </tr>
 <tr>
  <td height="50" colspan="2" align="center" class="gray_txt"><?php require_once
"footer.inc.php" ?> </td>
 </tr>
</table>
</body>
</html>
```

# EXHIBIT D

**Techsavies, LLC v. WDFA Marketing, Inc.**

```
<html>
<head>
<meta http-equiv="Content-Type" content="text/html; charset=iso-8859-1" />
<title> Welcome to PROJECT632.COM - Administrators Suite </title>
<link href="../css/css.css" rel="stylesheet" type="text/css">

<script language="javascript" type="text/javascript" src="../js/zxml.js"></script>
<script language="javascript" type="text/javascript"
src="../js/commonFunction.js"></script>
<script language="javascript" type="text/javascript"
src="../js/formChek.js"></script>
<script language="javascript" type="text/javascript"
src="../js/validator.js"></script>
<script type="text/javascript" src="boxover.js">
<script type="text/javascript" language="javascript">
/* function disablemrkt()
  {
          document.form1.market.disabled=true;

  }
  function enablemrkt()
  {
          document.form1.market.disabled=false;

  }*/
</script>

<script language="javascript" type="text/javascript">

if (document.location.protocol != "https:")
{
document.location.href = "https://www.project632.com" + document.location.pathname;
};

</script>

<script language="JavaScript"
src="https://seal.networksolutions.com/siteseal/javascript/siteseal.js"
type="text/javascript"></script>


</head>
<body class="body"><table width="100%"  border="0" cellspacing="0" cellpadding="0">
  <tr>
    <td width="27%"><link href="../css/admin.css" rel="stylesheet" type="text/css"
/>
<table width="100%"  border="0" cellspacing="0" cellpadding="0">
    <tr>
      <td width="36%" bgcolor="#295D9C"><div align="center"><span
class="admin_header">WDFA Marketing Control Panel </span></div></td>
      <td width="64%" height="61" background="../images/abstract.jpg"></td>
    </tr>
    <tr>
      <td height="1" colspan="2"></td>
    </tr>
    <tr bgcolor="#92B2D6">
      <td height="6" colspan="2"></td>
    </tr>
    <tr>
      <td height="1" colspan="2"></td>
    </tr>
    <tr>
      <td height="66" background="../images/top_bg.gif"><img
src="../images/control_penal.gif" alt="Control Panel" width="173" height="66"
hspace="20"></td>
      <td height="66" valign="top" background="../images/top_bg.gif"><table
```

```
width="100%"  border="0" cellspacing="0" cellpadding="0">
          <tr>
            <td height="25" align="right">
                                        </td>
          </tr>
      </table></td>
    </tr>
  </table></td>
  </tr>
  <tr>
    <td height="60" colspan="2"> </td>
  </tr>
  <tr align="center">
    <td colspan="2"><table width="450"  border="0" cellspacing="0" cellpadding="0">
  <tr>
    <td width="367" align="left"><img src="../images/secure_login.gif" alt="Main
Administrator Login" width="212" height="42"></td>
  </tr>
  <tr>
    <td valign="top"> </td>
  </tr>
  <tr>
    <td><table width="100%"  border="0" cellpadding="15" cellspacing="1"
bgcolor="#CFCFCF">
        <tr>
          <td bgcolor="#F5F5F5"><table width="100%"  border="0" cellspacing="0"
cellpadding="0">
              <tr>
                <td width="9%" align="left"><img src="../images/login_icon.gif"
width="32" height="32"></td>
                <td width="91%" align="left" valign="top" class="blue_txt"><font
face="Verdana, Arial, Helvetica, sans-serif"><strong>Welcome to PROJECT632.COM
Administration Suite!</strong></font></td>
              </tr>
              <tr>
                <td align="left"> </td>
                <td align="center" valign="top" class="blue_txt" id="errorMSG"></td>
              </tr>
              <tr>
                <td align="left"> </td>
                <td align="left" valign="top" class="blue_txt"> </td>
              </tr>
              <tr>
                <td colspan="2" align="left"><table width="100%"  border="0"
cellspacing="0" cellpadding="0">
                    <tr>
                      <td width="44%" valign="top" class="gray_txt"><p>Please enter
a valid username and password to gain access to the administration console.</p>
                        <p> </p></td>
                      <td width="56%" align="right" valign="top"><table width="85%"
border="0" cellpadding="7" cellspacing="1" bgcolor="#CFCFCF">
                          <tr>
                            <td bgcolor="#EFEFEF"><form name="form1" method="post"
action="index.php" onsubmit="return adminLoginValidation();" AUTOCOMPLETE="OFF">
                                <table width="100%"  border="0" cellspacing="0"
cellpadding="1">
                                  <tr>
                                    <td bgcolor="#EFEFEF"><input name="userType"
type="radio" value="Admin" checked onclick="allowMktOff();">
                                      <strong> Admin</strong>
                                      <!--<input name="userType" type="radio"
value="Market" onclick="allowMktOn();">
                                      <strong> Market Management</strong> --></td>
                                  </tr>
```

```
                                        <tr>
                                          <td bgcolor="#EFEFEF"> </td>
                                        </tr>
                                        <!--<tr>
                                          <td align="left"
class="gray_txt"><strong>Market</strong></td>
                                        </tr>
                                        <tr>
                                          <td align="left" class="main_txt"><select
class="textfield" name='market' id='market' disabled="disabled"><option
label="Select Market" value="">Select Market</option>
<option label="MetroPCS SFL" value="43">MetroPCS SFL</option>
<option label="MetroPCS DALLAS 1" value="42">MetroPCS DALLAS 1</option>
<option label="MetroPCS Los Angeles" value="40">MetroPCS Los Angeles</option>
<option label="Comcast" value="41">Comcast</option>
<option label="MetroPCS Downtown" value="51">MetroPCS Downtown</option>
<option label="MetroPCS Digicom" value="50">MetroPCS Digicom</option>
<option label="MetroPCS Atlanta" value="49">MetroPCS Atlanta</option>
<option label="MetroPCS Orlando" value="48">MetroPCS Orlando</option>
<option label="MetroPCS Las Vegas" value="47">MetroPCS Las Vegas</option>
<option label="MetroPCS SAC" value="44">MetroPCS SAC</option>
<option label="MetroPCS TAMPA" value="45">MetroPCS TAMPA</option>
<option label="MetroPCS East Michigan" value="46">MetroPCS East Michigan</option>
<option label="MetroPCS East Texas Louisiana" value="58">MetroPCS East Texas
Louisiana</option>
<option label="MetroPCS Jacksonville" value="57">MetroPCS Jacksonville</option>
<option label="MetroPCS Detroit 2" value="56">MetroPCS Detroit 2</option>
<option label="MetroPCS BGreen" value="52">MetroPCS BGreen</option>
<option label="MetroPCS BRed" value="53">MetroPCS BRed</option>
<option label="MetroPCS BYellow" value="54">MetroPCS BYellow</option>
<option label="MetroPCS Philadelphia" value="55">MetroPCS Philadelphia</option>
<option label="MetroPCS AWS East MI" value="61">MetroPCS AWS East MI</option>
<option label="MetroPCS Texas / Louisiana" value="60">MetroPCS Texas /
Louisiana</option>
<option label="MetroPCS Dallas 1" value="59">MetroPCS Dallas 1</option>
<option label="Raj Test Market" value="62">Raj Test Market</option>
<option label="MetroPCS VHA" value="63">MetroPCS VHA</option>
<option label="MetroPCS Las Vegas 2" value="64">MetroPCS Las Vegas 2</option>
<option label="MetroPCS Las Vegas 3" value="65">MetroPCS Las Vegas 3</option>
<option label="MetroPCS TAMPA 2" value="66">MetroPCS TAMPA 2</option>
<option label="MetroPCS New York" value="67">MetroPCS New York</option>
<option label="MetroPCS Boston" value="68">MetroPCS Boston</option>
<option label="MetroPCS New York - Rave" value="69">MetroPCS New York -
Rave</option>
<option label="MetroPCS New York - Metropolitan" value="70">MetroPCS New York -
Metropolitan</option>
<option label="MetroPCS New York - Cellular Nation" value="71">MetroPCS New York -
Cellular Nation</option>
<option label="MetroPCS West MI" value="72">MetroPCS West MI</option>
<option label="Abhi Test Production" value="73">Abhi Test Production</option>
<option label="Metro PCS - Sac Retail" value="74">Metro PCS - Sac Retail</option>
</select>
                                          </td>
                                        </tr>-->                                        <tr>
                                          <td align="left"
class="gray_txt"><strong>Username / Email ID </strong></td>
                                        </tr>
                                        <tr>
                                          <td align="left"><input name="admin_login_id"
id="admin_login_id" type="text" class="main_txt" size="38">
                                          </td>
                                        </tr>
                                        <tr>
                                          <td align="left"
```

```
class="gray_txt"><strong>Password</strong></td>
                                    </tr>
                                    <tr>
                                      <td align="left"><input name="admin_password"
id="admin_password" type="password" class="main_txt" size="38"></td>
                                    </tr>
                                    <tr>
                                      <td height="4"></td>
                                    </tr>
                                    <tr>
                                      <td align="right"><input name="Submit"
type="image" src="../images/submit.gif" width="82" height="22" border="0">
                                          <input name="Submit" type="hidden"
class="login" id="Submit" value="Login" /></td>
                                    </tr>
                                    <tr>
                                      <td height="4"></td>
                                    </tr>
                                    <tr>
                                      <td align="right"><a href="forgotPassword.php"
class="left_bar_link">Forgot Password</a></td>
                                    </tr>
                                    <tr>
                                      <td align=""> </td>
                                    </tr>
                                  </table>
                                </form></td>
                            </tr>
                          </table></td>
                      </tr>
                    </table></td>
                </tr>
              </table></td>
          </tr>
        </table></td>
      </tr>
    </table>
  </td>
        </tr>
      </table>
    </td>
  </tr>
  <tr>
    <td height="1" colspan="2"><table width="100%"  border="0" cellspacing="0"
cellpadding="0">
  <tr>
    <td width="100%" height="1"></td>
  </tr>
  <tr bgcolor="#92B2D6">
    <td height="6"></td>
  </tr>
  <tr align="center" bgcolor="#EAEAEA">
    <td height="30" class="gray_txt">Copyright &copy; 2006- 2009<span
class="copyright">. All rights reserved <a
href="http://www.wdfamarketing.com/default.htm" class="copyright"
target="_blank">WDFA Marketing</a></span></td>
  </tr>
  <tr bgcolor="#EAEAEA">
    <td height="25"></td>
  </tr>
  <tr bgcolor="#EAEAEA">
    <td height="1" bgcolor="#C8C8C8"></td>
  </tr>
</table>
```

```
</td>
  </tr>
</table>
<!--
SiteSeal Html Builder Code:
Shows the logo at URL https://seal.networksolutions.com/images/prorecblue.gif
Logo type is  ("NETSP")
//-->
<script language="JavaScript" type="text/javascript">
SiteSeal("https://seal.networksolutions.com/images/prorecblue.gif", "NETSP",
"none");</script>

</body>
</html>
```

# EXHIBIT E

**Techsavies, LLC v. WDFA Marketing, Inc.**

```
<!DOCTYPE HTML PUBLIC "-//W3C//DTD HTML 4.01 Transitional//EN"
"http://www.w3.org/TR/html4/loose.dtd">
<!DOCTYPE HTML PUBLIC "-//W3C//DTD HTML 4.01 Transitional//EN"
"http://www.w3.org/TR/html4/loose.dtd">
<html>
<head>
<meta http-equiv="Content-Type" content="text/html; charset=iso-8859-1">
<title>.::MPCS  - Main Login Page::.</title>
<meta name="Keywords" content="wdfamarketing.com, WDFA Marketing is about successful
campaigns, meeting deadlines, treating people well and working hard. We enjoy what
we do and want everyone that comes in contact with us to feel the same way.">
<meta name="Description" content="wdfamarketing.com, WDFA Marketing is about
successful campaigns, meeting deadlines, treating people well and working hard. We
enjoy what we do and want everyone that comes in contact with us to feel the same
way.">
<meta name="Author" content="AceWebsiteDesign.Com - A Complete IT Web Outsourcing
Solutions Provider Company, IT Web Outsourcing Solutions, Custom Web Designer,
Ecommerce Website Designer, Custom Shopping Cart Designer, Custom Template Design,
Project Management Company, sales@acewebsitedesign.com, Call +1(858)-201-6435">
<meta name="language" content="English">
<meta name="charset" content="ISO-8859-1">
<meta name="resource-type" content="Document">
<meta name="distribution" content="Global">
<meta name="rating" content="General">
<meta name="Expires" content="Never">
<meta name="robots" content="index, all, follow">
<link rel="shortcut icon" href="images/preview_16x16.png"/>
<link href="css/styles.css" rel="stylesheet" type="text/css">

<script language="javascript" type="text/javascript"
src="js/jquery.min.js"></script>
<script language="javascript" type="text/javascript"
src="js/commonFunction.js"></script>
<script language="javascript" type="text/javascript" src="js/formChek.js"></script>
<script language="javascript" type="text/javascript" src="js/validator.js"></script>

<script language="javascript" type="text/javascript">

if (document.location.protocol != "https:")
{
document.location.href = "https://www.project632.com" + document.location.pathname;
}

</script>

<script language="JavaScript"
src="https://seal.networksolutions.com/siteseal/javascript/siteseal.js"
type="text/javascript"></script>

</head>
<body>
<table width="800" border="0" align="center" cellpadding="0" cellspacing="0">
<tr>
  <td width="12"><img src="images/untitled-1_03.gif" width="12" height="8"
alt=""></td>
  <td width="758" valign="top"><img src="images/untitled-1_04.gif" width="100%"
height="8"></td>
  <td width="15" valign="top"><img src="images/top_right_bg2.gif" width="15"
height="8" alt=""></td>
  <td width="15"><img src="images/untitled-1_05.gif" width="14" height="8"
alt=""></td>
```

```
</tr>
<tr>
  <td rowspan="2" class="top_left_shadow"> </td>
  <td colspan="2" rowspan="2"><link href="css/styles.css" rel="stylesheet"
type="text/css" />
    <table width="100%" height="125" border="0" cellpadding="0" cellspacing="0"
class="lightgraybg">
      <tr bgcolor="#3b0e77">
        <td width="23%" rowspan="3" style="padding-left:15px; padding-right:15px;"
align="center" valign="middle"><div align="center"><img src="images/new_logo.gif"
alt="" border="0" /></div></td>
        <td colspan="3" valign="middle" bgcolor="#3b0e77"> </td>
        <td width="1%" align="left" valign="top" class="top_header_curve2"
bgcolor="#3b0e77"> </td>
      </tr>
      <tr bgcolor="#3b0e77">
        <td width="41%"><div align="right" class="top_nav_text"> </div></td>
        <td width="2%"><div align="center" class="top_nav_text"
style='color:#ffffff;'>|  </div></td>
        <td width="33%"><div align="left"><span class="top_nav_text"
style="color:#ffffff;"> You are  not logged in [ <span class='top-links' ><a
href='index.php' class='top-links'>Login</a></span>]</span> </div></td>
        <td width="1%" rowspan="2"> </td>
      </tr>
      <tr bgcolor="#3b0e77">
        <td colspan="3"> </td>
      </tr>
    </table></td>
  <td align="left" valign="top" class="right_bg"><img src="images/top_right_bg3.gif"
width="13" height="21" ></td>
</tr>
<tr>
  <td class="right_bg"> </td>
</tr>
<tr>
  <td height="5"><img src="images/untitled-1_11.gif" width="12" height="5"></td>
  <td colspan="2" valign="top"><img src="images/bg_green.gif" width="100%"
height="5"></td>
  <td height="5"><img src="images/untitled-1_13.gif" width="14" height="5"></td>
</tr>
<tr>
  <td class="left_bg"> </td>
  <td colspan="2" valign="top"><table width="100%" border="0" cellspacing="0"
cellpadding="0">
  <tr>
    <td bgcolor="#FFFFFF"><table width="98%" border="0" align="center"
cellpadding="0" cellspacing="0">
        <tr>
          <td colspan="2" class="style1"> </td>
        </tr>
        <tr>
          <td colspan="2" class="style1"><strong>Member Login </strong></td>
        </tr>
        <tr>
          <td colspan="2" valign="middle" class="paratext"><p> </p>
            <p>Please login here using your email address and password sent by
<strong>WDFA Marketing.</strong></p>
            <p align="center"></p></td>
        </tr>
        <tr>
          <td colspan="2" valign="middle" class="paratext"><table width="100%"
border="0" cellpadding="3" cellspacing="1" class="border1">
              <tr>
                <td height="20" colspan="2" class="sub-heading"><div
```

```
align="center">Member Login </div></td>
              </tr>
              <form name="formlogin" method="post" action="index.php"
onsubmit="return adminLoginValidation();" AUTOCOMPLETE="OFF">
                <tr>
                  <td width="38%" class="bggray"><div align="right">Email :
</div></td>
                  <td width="62%" class="bggray"><input name="admin_login_id"
type="text" id="admin_login_id"  value=""/></td>
                </tr>
                <tr>
                  <td class="bggray"><div align="right"> Password : </div></td>
                  <td class="bggray"><input name="admin_password" type="password"
id="admin_password"  value=""/>
                  </td>
                </tr>
                <tr>
                  <td class="bggray"> </td>
                  <td class="bggray"><input type="hidden" name="userType"
value="Client" />
                    <input type="submit" name="submit" value="Submit"></td>
                </tr>
              </form>
            </table></td>
        </tr>
        <tr>
          <td colspan="2" valign="middle" class="paratext"> </td>
        </tr>
        <tr>
          <td colspan="2" valign="middle" class="paratext"><table width="100%"
border="0" align="right" cellpadding="3" cellspacing="1" class="border1">
              <form method="post" action="index.php" name="frmpass" onsubmit="return
forgotClientPassword();">
                <tr>
                  <td height="20" colspan="2" class="sub-heading"><div
align="center">Forgot your password ? <br>
                        Please enter your email and we will send you your
password.</div></td>
                </tr>
                <tr>
                  <td width="38%" class="bggray"><div align="right">Email :
</div></td>
                  <td width="62%" class="bggray"><input name="client_email"
type="text" id="client_email"></td>
                </tr>
                <tr>
                  <td class="bggray"> </td>
                  <td class="bggray"><input type="submit" name="submit2"
value="Submit" />
                    <input type="reset" name="Submit22" value="Reset" />
                    <input type="hidden" name="userType" value="Client" /></td>
                </tr>
              </form>
            </table></td>
        </tr>
      </table></td>
  </tr>
  <tr>
    <td bgcolor="#FFFFFF"> </td>
  </tr>
  <tr>
    <td bgcolor="#FFFFFF"><table width="100%" border="0" cellspacing="0"
cellpadding="0">
```

```
<tr>
  <td bgcolor="#FFFFFF"><div align="center"> <a href="TrackOrder.php"
class="bottom_links">Track Your Order</a> | <a href="Terms.php"
class="bottom_links">Terms</a> | <span class="bottom_links"> <a
href="mailto:support@project632.com?subject=New Enquiry"
class="bottom_links">Email</a></span> | <span class="bottom_links"> <a
href="Contact_us.php" class="bottom_links">Contact Us</a> </span> <span
class="bottom_break">|</span> <span class="bottom_links"> <a href="SiteMap.php"
class="bottom_links">Site Map</a></span> </div></td>
</tr>      </table></td>
  </tr>
</table>
</td>

<td height="19" class="right_bg"> </td>
</tr>
<tr>
  <td> </td>
  <td valign="top" bgcolor="#FFFFFF"><img src="images/curve_left_bot.gif" width="23"
height="24"></td>
  <td valign="top" bgcolor="#FFFFFF"> </td>
  <td height="19" class="right_bg"> </td>
</tr>
<tr>
  <td> </td>
  <td colspan="2" valign="top"><img src="images/bg_bot.gif" width="100%"
height="12"></td>
  <td height="19" valign="top"><img src="images/bg_bot_right_corner.gif" width="13"
height="12"></td>
</tr>
<tr>
  <td> </td>
  <td colspan="2" valign="top"><!-- Start of New Google Code -->
    <table width="100%" border="0" cellspacing="0" cellpadding="0">
      <tr>
        <td height="25"><div align="center"><a href="#"
class="copyright">www.metropcsdealerstore.com</a></div>
          <div align="right"> </div></td>
      </tr>
    </table></td>
  <td height="19" valign="top"> </td>
</tr>
</table>
</body>
</html>
```