```
 1  CROWELL & MORING LLP
    J. Daniel Sharp (CSB No. 131042, dsharp@crowell.com)
 2  Steven E. Wilson (CSB No. 240843, swilson@crowell.com)
    275 Battery Street, 23rd Floor
 3  San Francisco, CA  94111
    Telephone: 415.986.2800
 4  Facsimile: 415.986.2827

 5  Attorneys for Defendant WDFA Marketing, Inc.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TECHSAVIES, LLC,,<br><br>   Plaintiff,<br><br>v.<br><br>WDFA MARKETING, INC.,<br><br>   Defendant. | Case No. CV-10-1213-BZ<br><br>**DEFENDANT AND COUNTERCLAIMANT WDFA MARKETING, INC.'S NOTICE OF SUBSTITUTION OF COUNSEL** |

TO ALL PARTIES AND ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that Defendant and Counterclaimant WDFA Marketing, Inc. substitutes Steven Wilson of Crowell & Moring LLP as attorney of record in this matter in place of Thomas Edward Dietrich of the same firm. J. Daniel Sharp of Crowell & Moring LLP remains lead counsel and counsel of record.

Dated: June 15, 2010                                   CROWELL & MORING LLP

                                                       /s/

                                                       Steven E. Wilson
                                                       Attorneys for Defendant
                                                       WDFA Marketing, Inc.

106077\0000001\902093366.1