CROWELL & MORING LLP
J. Daniel Sharp (CSB No. 131042, dsharp@crowell.com)
Anne W. Kuykendall (CSB No. 248720, akuykendall@crowell.com)
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: 415.986.2800
Facsimile: 415.986.2827

Attorneys for Defendant WDFA Marketing, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TECHSAVIES, LLC,,<br><br>    Plaintiff,<br><br>v.<br><br>WDFA MARKETING, INC.,<br><br>    Defendant. | Case No. CV-10-1213-BZ<br><br>**DEFENDANT AND COUNTERCLAIMANT WDFA MARKETING, INC.'S NOTICE OF SUBSTITUTION OF COUNSEL** |

TO ALL PARTIES AND ATTORNEYS OF RECORD

    PLEASE TAKE NOTICE that Defendant and Counterclaimant WDFA Marketing, Inc. substitutes Anne W. Kuykendall of Crowell & Moring LLP as attorney of record in this matter in place of Steven E. Wilson of the same firm. J. Daniel Sharp of Crowell & Moring LLP remains lead counsel and counsel of record.

Dated: August 18, 2010                                    CROWELL & MORING LLP

                                                                       /s/

                                                  Anne W. Kuykendall
                                                  Attorneys for Defendant
                                                  WDFA Marketing, Inc.

106077\0000001\902119271.1

**PROOF OF SERVICE**

I, Lisa Fong, state:

My business address is 275 Battery Street, 23rd Floor, San Francisco, California 94111. I am over the age of eighteen years and not a party to this action.

On the date set forth below, I served the foregoing document(s) described as:

**DEFENDANT AND COUNTERCLAIMANT WDFA MARKETING, INC.'S NOTICE OF SUBSTITUTION OF COUNSEL**

on the following person(s) in this action:

> **Ryan Moran**
> **Howrey LLP**
> **1950 University Avenue, 4th Floor**
> **East Palo Alto, CA 94303**
> **Email: MoranR@howrey.com**

[x] BY FIRST CLASS MAIL: I am employed in the City and County of San Francisco where the mailing occurred. I enclosed the document(s) identified above in a sealed envelope or package addressed to the person(s) listed above, with postage fully paid. I placed the envelope or package for collection and mailing, following our ordinary business practice. I am readily familiar with this firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service.

[x] BY ELECTRONIC MAIL: Based on a court order or an agreement of the parties to accept service by electronic mail, I caused the document(s) identified above to be transmitted electronically to the person(s) at the e-mail address(es) listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on August 18, 2010, at San Francisco, California.

_____
Lisa Fong

106077\0000001\902134139.1