United States District Court<br>Northern District of California

# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Techsavies, LLC,<br>        Plaintiff(s),<br>v.<br>WDFA Marketing, Inc.,<br>        Defendant(s). | 10-01213 BZ ENE<br><br>**Notice of Appointment of Evaluator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Evaluator assigned to this case is:

> **Michael A. Jacobs**
> Morrison & Foerster LLP
> 425 Market Street
> San Francisco, CA 94104
> 415-268-7455
> MJacobs@mofo.com

Counsel shall familiarize themselves with the requirements of ADR L.R. 5 which governs the ENE program. The evaluator will schedule a joint phone conference with counsel under ADR L.R. 5-7 and will set the date of the ENE session within the deadlines set by ADR L.R. 5-4 or the court order referring this action to ENE. The court permits the evaluator to charge each party its pro rata share of the cost of the phone conference.

---

**Notice of Appointment of Evaluator**
10-01213 BZ

-1-

1  Counsel are reminded that the written ENE statements required by the ADR L.R.
2  5-8 shall NOT be filed with the court.

3

4  Dated: August 25, 2010

5  RICHARD W. WIEKING
    Clerk
6  by:    Alice M. Fiel

7
                                            /s/
8  ADR Case Administrator
   415-522-3148
9  Alice_Fiel@cand.uscourts.gov

**Notice of Appointment of Evaluator**
10-01213 BZ

-2-