James C. Pistorino (SBN 226496)
Daniel T. Shvodian (SBN 184576)
Richard C. Lin (SBN 209233)
HOWREY LLP
1950 University Avenue, 4th Floor
East Palo Alto, CA  94303
Telephone:  (650) 798-3500
Facsimile:  (650) 798-3600
Email: *pistorinoj@howrey.com*
Email: *shvodiand@howrey.com*
Email: *linrichard@howrey.com*

Attorneys for Plaintiff
TECHSAVIES, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TECHSAVIES, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WDFA MARKETING, INC.,<br><br>　　　　Defendant. | Case No. CV-10-1213-BZ<br><br>**JOINT MOTION AND [PROPOSED]　ORDER TO AMEND SCHEDULING ORDER** |

1    Following the conclusion of the ENE Conference on October 29, 2010, Plaintiff Techsavies, LLC and Defendant WDFA Marketing, Inc., by and through their respective counsel, agreed to a 30-day extension for non-expert discovery for the purpose of addressing issues raised during the ENE, which the parties believe may assist them in resolving this matter.

In view of the foregoing, the parties respectfully request that the Court amend the Scheduling Order to extend certain deadlines as set forth below.  None of the proposed changes impact any Court deadlines, including the trial date.

| EVENT | CURRENT DEADLINE | PROPOSED NEW DEADLINE |
| --- | --- | --- |
| Cutoff for non-expert discovery | October 29, 2010 | December 1, 2010 |
| Opening expert reports | November 19, 2010 | December 17, 2010 |
| Responsive expert reports | December 10, 2010 | January 7, 2011 |
| Close of expert discovery | December 22, 2010 | January 21, 2011 |
| Last day to file dispositive motions | February 9, 2011 | No change |
| Last day for hearing of dispositive motions | March 16, 2011 | No change |
| Pretrial conference | April 26, 2011 | No change |
| Trial | May 16, 2011 | No change |

Dated:  October 22, 2010               By:   */s/ Daniel T. Shvodian*
                                                  Daniel T. Shvodian

Daniel T. Shvodian (SBN 184576)
HOWREY LLP
1950 University Avenue, 4th Floor
East Palo Alto, CA  94303
Telephone:  (650) 798-3500
Facsimile:   (650) 798-3600
Email:  ShvodianD@howrey.com

Attorney for Plaintiff
TECHSAVIES, LLC

Case No. 10-CV-03248-JF                                    -1-
JOINT STIPULATION & [PROPOSED] ORDER TO CONTINUE
NOVEMBER 5, 2010 INITIAL CASE MANAGEMENT CONFERENCE

By:   */s/ J. Daniel Sharp*
         J. Daniel Sharp

J. Daniel Sharp (SBN 131042)
CROWELL & MORING LLP
275 Battery Street, 23rd Floor
San Francisco, CA  94111
Telephone:  (415) 986-2800
Facsimile:   (415) 986-2827
Email:  dsharp@crowell.com

Attorney for Defendant
WDFA MARKETING, INC.

Case No. CV-10-1213-BZ
JOINT MOTION & [PROPOSED] ORDER
TO AMEND SCHEDULING ORDER

-2-

## **ORDER**

The parties having so stipulated, and good cause appearing,

IT IS SO ORDERED that the Scheduling Order be modified as follows:

| EVENT | NEW DEADLINE |
|---|---|
| Cutoff for non-expert discovery | December 1, 2010 |
| Opening expert reports | December 17, 2010 |
| Responsive expert reports | January 7, 2011 |
| Close of expert discovery | January 21, 2011 |

Dated:  October 29, 2010

_____
Honorable Bernard Zimmerman
United States Magistrate Judge

Case No. 10-CV-03248-JF                                                -1-
JOINT STIPULATION & [PROPOSED] ORDER TO CONTINUE
NOVEMBER 5, 2010 INITIAL CASE MANAGEMENT CONFERENCE

## **FILER'S ATTESTATION**

I, Daniel T. Shvodian, am the ECF user whose identification and password are being used to file this Joint Stipulation. Pursuant to General Order No. 45, § X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from J. Daniel Sharp.

Dated: October 22, 2010

By: */s/ Daniel T. Shvodian*
       Daniel T. Shvodian

Case No. CV-10-1213-BZ
JOINT MOTION & [PROPOSED] ORDER
TO AMEND SCHEDULING ORDER

# CERTIFICATE OF SERVICE

I am employed in the County of San Mateo, State of California. I am over the age of 18 and not a party to the within action. My business address is 1950 University Avenue, 4th Floor, East Palo Alto, California 94303.

On October 22, 2010, I served the within:

**JOINT MOTION AND [PROPOSED] ORDER TO AMEND SCHEDULING ORDER**

on the interested parties in said action as stated below.

J. Daniel Sharp
Anne W. Kuykendall
CROWELL & MORING LLP
275 Battery Street, 23rd Floor
San Francisco, CA  94111
Telephone:  415.986.2800
Facsimile:  415.986.2827
Email:  dsharp@crowell.com
Email:  akuykendall@crowell.com

*Attorneys for Defendant WDFA Marketing, Inc.*

☐ (OVERNIGHT DELIVERY) I deposited in a box or other facility regularly maintained by Federal Express, an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents, a true copy of the foregoing document in sealed envelopes or packages designated by the express service carrier, addressed as stated above, with fees for overnight delivery paid or provided for.

☐ (MAIL) I am readily familiar with this firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. postal service on that same day in the ordinary course of business.  I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

☐ (PERSONAL SERVICE) I delivered such envelope(s) by hand to the offices of addressee.

☐ (BY ELECTRONIC MAIL)  I caused such document(s) to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the submission, any electronic message or other indication that the transmission was unsuccessful.

☒ (BY CM/ECF)  I caused such document(s) to be sent via electronic mail through the Case Management/Electronic File system with the U.S. District Court for the Northern District of California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on October 22, 2010, at East Palo Alto, California.

| Laurie M. Hockin | */s/ Laurie M. Hockin* |
|---|---|
| (Type or print name) | (Signature) |

23503874

Case No. CV-10-1213-BZ
CERTIFICATE OF SERVICE