UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TECHSAVIES, LLC, <br><br>                  Plaintiff(s), <br><br>     v. <br><br> WDFA MARKETING, INC., <br><br>                  Defendant(s). | No. C 10-01213 BZ <br><br> **SCHEDULING ORDER** |

Following a telephonic discovery conference on November 5, 2010 at which all parties were represented by counsel, **IT IS ORDERED** as follows:

    1.  The parties, through their trial counsel, **SHALL** meet and confer by no later than **November 10, 2010,** and attempt to resolve their disputes in accordance with the views expressed by the court.

    2.  If any disputes remain unresolved, plaintiff shall notify the court by letter. The court will then give leave to file an appropriate discovery motion and set a briefing and
///
///

1

1 | hearing schedule.

2 | Dated: November 5, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\TECHSAVIES V. WDFA MKTG\SCHED ORD - Techsavies v WDFA Marketing - 11-05-10.wpd