1  Daniel T. Shvodian (SBN 184576)
   James C. Pistorino (SBN 226496)
2  Richard C. Lin (SBN 209233)
   HOWREY LLP
3  1950 University Avenue, 4th Floor
   East Palo Alto, CA  94303
4  Telephone:  (650) 798-3500
   Facsimile:   (650) 798-3600
5  Email: *shvodiand@howrey.com*
   Email: *pistorinoj@howrey.com*
6  Email: *linrichard@howrey.com*

7  Attorneys for Plaintiff TECHSAVIES, LLC

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OFCALIFORNIA

10  SAN FRANCISCO DIVISION

| | |
|---|---|
| 11  TECHSAVIES, LLC, | ) Case No. CV-10-1213 BZ |
| 12         Plaintiff, | ) **REPLY DECLARATION OF RICHARD C. LIN IN SUPPORT OF PLAINTIFF** |
| 13    vs. | ) **TECHSAVIES, LLC'S MOTION FOR SANCTIONS** |
| 14  WDFA MARKETING, INC., | ) |
| 15         Defendant. | ) Date:        February 16, 2011<br>) Time:        10:00 a.m.<br>) Courtroom: G, 15th Floor |
| 16 | Judge:       Hon. Bernard Zimmerman |

17
18
19
20
21
22
23
24
25
26
27
28

**HOWREY LLP**

Case No. CV-10-1213-BZ
LIN REPLY DECL. ISO TECHSAVIES' MOTION FOR SANCTIONS

I, Richard C. Lin, declare as follows:

1. I am a senior associate in the law firm of Howrey LLP, counsel of record for Plaintiff Techsavies, LLC ("Techsavies") in the above-captioned case. I am an attorney in good standing with the State Bar of California and admitted to practice before this Court. I make each of the statements below based on my own personal knowledge, and if called as a witness, I could and would testify as to their truthfulness.

2. Attached hereto as Exhibit 26 is a true and correct copy of a letter dated December 9, 2010 from James C. Pistorino of Howrey LLP to the Honorable Bernard Zimmerman, District Court Magistrate Judge, said letter being filed on December 9, 2010, as Dkt. No. 39.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 2nd day of February, 2011, in East Palo Alto, California.

_____
Richard C. Lin

23615132

Case No. CV-10-1213-BZ
LIN REPLY DECL. ISO TECHSAVIES' MOTION FOR SANCTIONS

-1-