UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TECHSAVIES, LLC, | ) | |
| | ) | |
| Plaintiff(s), | ) | No. C10-1213 BZ |
| | ) | |
| v. | ) | **ORDER GOVERNING** |
| | ) | **HAJJOUBI TESTIMONY** |
| WDFA MARKETING INC.,, | ) | |
| | ) | |
| Defendant(s). | ) | |
| _____ | ) | |

Before the court is defendant's motion to exclude Mr. Hajjoubi's trial testimony. It is **ORDERED** as follows:

1. Mr. Hajjoubi's testimony as a percipient witness is admissible, even if it involves technical matters, but not if it is inconsistent with his deposition testimony. The precise line may have to be resolved at pretrial or trial. But as an example, to the extent that he testified that he had not yet had an opportunity to completely form his opinions on various issues, he will not be permitted to state any completed opinions because they would not have been formed by his

1

observations as a percipient witness.

2. Mr. Hajjoubi cannot testify as an expert witness in the areas in which he was designated as an expert. He does not appear to have the expertise to qualify as an expert witness in these areas. And this is one of those instances in which an expert report would have been helpful, even though he has not been specially retained to testify as an expert. For example, had he prepared an expert report, it would have been apparent from the report what portions of the copyrighted source code he has concluded were copied by defendants. Absent such a report, his general testimony was that he could not identify specific sections of copied code from memory. The combination of his omitted report, and his being designated as an expert the day before his deposition, resulted in incomplete testimony and denied defendant a proper opportunity to discover plaintiff's position on these issues in advance of trial.

The Court finds no need for argument and **VACATES** the hearing on this motion scheduled for **February 16, 2011**.

Dated: February 15, 2011

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\TECHSAVIES V. WDFA MKTG\ExclusionOrder.wpd

2