CROWELL & MORING LLP
J. Daniel Sharp (CSB No. 131042, dsharp@crowell.com)
Anne W. Kuykendall (CSB No. 248720, akuykendall@crowell.com)
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: 415.986.2800
Facsimile: 415.986.2827

Attorneys for Defendant and Counterclaimant
WDFA MARKETING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TECHSAVIES, LLC,<br><br>         Plaintiff,<br><br>    v.<br><br>WDFA MARKETING, INC.,<br><br>         Defendant. | Case No. CV-10-1213-BZ<br><br>**DECLARATION OF J. DANIEL SHARP IN OPPOSITION TO MOTIONS OF PLAINTIFF TECHSAVIES, LLC, FOR SUMMARY JUDGMENT AND JUDGMENT ON THE PLEADINGS**<br><br>Date: Wednesday, March 16, 2011<br>Time: 10:00 a.m.<br>Courtroom: G, 15th Floor<br>Trial Date: May 16, 2011 |

I, J. Daniel Sharp, declare as follows:

    1.    I am an attorney with the law firm of Crowell & Moring LLP, counsel for Defendant and Counterclaimant WDFA Marketing, Inc. ("WDFA"). I am familiar with the pleadings, with the depositions, with the deposition exhibits, and with the various documents produced in this case. I make this declaration in opposition to the Motions of Plaintiff Techsavies LLC ("Techsavies") for Summary Judgment [Docket No. 85] and for Judgment on the Pleadings and/or Summary Judgment [Docket No. 86]. I have personal and first-hand knowledge of the facts set forth in this declaration and could and would competently testify thereto under oath if called upon to do so.

CROWELL
& MORING LLP
ATTORNEYS AT LAW

902252286_1.DOCX

SFACTIVE-902252286.1

DECLARATION OF J. DANIEL SHARP IN OPP. TO
MOTIONS FOR SUMMARY JUDGMENT, JUDGMENT
ON PLEADINGS; CASE NO. CV-10-1213-BZ

2. Attached hereto as **Exhibit 25** is a true and correct copy of an e-mail sent to me by James Pistorino, counsel of record for Plaintiff Techsavies, on February 8, 2011, stating in part, "Techsavies alleges that the partnership had use of software under license from Techsavies."

3. Attached hereto as **Exhibit 26** is a true and correct copy of a document produced by Plaintiff Techsavies bearing Bates Number TS 00021302-21303 consisting of a print-out of an e-mail dated June 8, 2007, from sunny@acewebsitedesign.com to Marouan Hajjoubi.

4. Attached hereto as **Exhibit 27** is a true and correct copy of WDFA's Amended Response to Plaintiff's First Set of Interrogatories, Nos. 3, 4 ("Amended Response"), served on Plaintiff in this action on November 22, 2010. The Amended Response identifies various documents by Bates Number and description that support WDFA's contention that "WDFA and/or Raj Prasad is a joint author of a work that constituted a unitary whole." Attaching all such documents to this declaration would be voluminous and cumulative. Attached hereto as **Exhibit 28** are examples of the documents referenced in WDFA's Amended Response.

5. Attached hereto as **Exhibit 29** is a true and correct copy of a document produced in this litigation by Defendant WDFA consisting of a screen shot of the web site www.project632.com which shows a notice on the Member Login screen "Copyright © 2006 – 2007. All rights reserved WDFA Marketing," as testified to by Marouan Hajjoubi of Techsavies at pages 184:25-185:3 of his deposition. The document is bates labeled WDFA000165904.

6. Attached hereto as **Exhibit 30** is a spreadsheet summarizing the invoices submitted by Techsavies to WDFA in connection with www.project632.com by date and amount consistent with Marouan Hajjoubi's deposition testimony at pages 64:6-69:11.

7. Attached hereto as **Exhibit 31** are true and correct copies of Techsavies' invoices, bates labeled TS 00023106-00023238 and were submitted as Exhibit 21 to my declaration in support of WDFA's Motion for Summary Judgment [Docket No. 49-6]. The invoices were authenticated at pages 64:6-73:12 of the transcript of the deposition of Marouan Hajjoubi.

8. Attached hereto as **Exhibit 32** is a true and correct copy of a document entitled "Assignment Agreement" authenticated by Marouan Hajjoubi at pages 150:6-154:11 of the transcript of his deposition.

9. Attached hereto as **Exhibit 33** is a true and correct copy of excerpts from the deposition in this case of Marouan Hajjoubi of Techsavies, taken on December 21, 2010.

10. Attached hereto as **Exhibit 34** is a true and correct copy of excerpts from the deposition of Bob Conner, co-owner of Plaintiff Techsavies, taken on November 11, 2010.

11. Attached hereto as **Exhibit 35** is a true and correct copy of excerpts from the deposition in this case of Raj Prasad, founder of Defendant WDFA, taken on November 16, 2010.

12. Attached hereto as **Exhibit 36** is a true and correct copy of Jury Instruction 305 - Implied-in-Fact Contract -from the Judicial Council of California Civil Jury Instructions.

13. Attached hereto as **Exhibit 37** is a true and correct copy of the Ninth Circuit Model Civil Jury Instruction 20.7 Copyright Interests – Joint Authors (17.U.S.C. §§ 101, 201(a).

14. Attached hereto as **Exhibit 38** is a true and correct copy of correspondence dated December 29, 2010 enclosing the errata sheet for the deposition of Raj Prasad.

15. Attached hereto as **Exhibit 39** is a true and correct copy of Plaintiff Techsavies' Letter and Copyright Application, bates labeled TS 00023239-40 and TS 00023249-23339.

16. Attached hereto as **Exhibit 40** is a true and correct copy of the SSL certificate for www.project632.com issued to Defendant WDFA Marketing.

17. Attached hereto as **Exhibit 41** is a true and correct copy of expert Monica Ip's December 20, 2010 report and exhibits attached thereto.

18. Attached hereto as **Exhibit 42** is a true and correct copy of an e-mail from Marouan Hajjoubi to Raj Prasad dated March 5, 2007.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed this 23rd day of February, 2011, in San Francisco, California.

Crowell & Moring LLP

/s/
J. Daniel Sharp
Attorneys for Counterclaimant
WDFA Marketing, Inc.