**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TECHSAVIES LLC,

    Plaintiff,

v.

WDFA MARKETING, INC.,

    Defendants.

No. 10-1213-BZ (EDL)

**ORDER**

    On April 5, 2011, this Court held a settlement conference. The case did not settle during the conference, but negotiations were ongoing. See Dkt. No. 116. The parties are hereby Ordered to lodge a joint report regarding the status of the ongoing settlement negotiations with this Court by Monday, April 18. The joint report shall be lodged by faxing it directly to Judge Laporte's chambers at 415-522-2002. The report shall not be filed on the Court's public electronic filing system.

**IT IS SO ORDERED.**

Dated: April 15, 2011

    */s/ Elizabeth D. Laporte*
    ELIZABETH D. LAPORTE
    United States Magistrate Judge