UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TECHSAVIES, LLC,<br><br>    Plaintiff(s),<br><br>  v.<br><br>WDFA MARKETING INC.,,<br><br>    Defendant(s). | No. C10-1213 BZ<br><br>**ORDER REFERRING CASE FOR MEDIATION** |

At the suggestion of Magistrate Judge Laporte **IT IS ORDERED** that this matter is referred to Howard Herman of the ADR Department to conduct a mediation at his convenience on April 25 or April 26, 2011. **IT IS FURTHER ORDERED** that the parties shall appear in person.

Dated: April 21, 2011

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\TECHSAVIES V. WDFA MKTG\ORD REFERRING CASE TO ADR.wpd

1